

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00800-CV

James F. **MCKINNON**,
Appellant

v.

Robert **WALLIN** and Brandon Wallin,
Appellees

From the County Court, Gillespie County, Texas
Trial Court No. 10093
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

This is an appeal in a probate case relating to the estate of appellant's wife. Appellant has filed a motion for temporary relief, stating that he has been denied his "Family Allowance" of $195,451.48 since "the passing of his Deceased Wife Cherry S. McKinnon on August 25, 2012." He requests that this Court "award" him this family allowance so that he can pay the mortgage and taxes due on the homestead. Appellant has not shown he is entitled to such temporary relief from this Court. Therefore, the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court